LAW OFFICE OF
**WILLIAM J. KOPENY & ASSOCIATES**
16485 LAGUNA CANYON ROAD, SUITE 230
IRVINE, CALIFORNIA 92618
TELEPHONE: (949) 453-2243
FACSIMILE: (949) 453-2820

WILLIAM J. KOPENY (SBN 61764)

**NOTE CHANGES BY THE COURT**

**Attorneys for** Defendant / MILLENNIUM OUTPATIENT SURGERY CENTER ("MILLENNIUM")

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MILLENNIUM OUTPATIENT SURGERY CENTER,<br><br>　　　　　　　　Defendant. | Case No. SA CR 04-281-AHS<br><br>ORDER GRANTING DEFENDANT MILLENNIUM OUTPATIENT SURGERY CENTER'S MOTION TO MODIFY SENTENCE |

The Court having read and considered the Motion of Defendant Millennium Outpatient Surgery Center to modify defendant's sentence, and good cause appearing therefor, the Court orders that defendant's Judgment and Commitment Order be amended, changing condition #3 of defendant's unsupervised probation as follows:

"3. Defendant shall dissolve the corporation, if and when its

corporate powers, rights and privileges are revived,

by any means."

DATED: July 8, 2009.　　　**ALICEMARIE H. STOTLER**
　　　　　　　　　　　　　　HONORABLE ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　United States District Judge

**cc: USPO
　　FISCAL**